IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-00027-03-CR-W-ODS |
| WOODROW McCOY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On September 12, 2010, counsel for Defendant made a motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. John H. Wisner, M.D. On November 9, 2010, I held a competency hearing. Defendant was present, represented by appointed counsel Susan Hunt. The government was represented by Bruce Clark. During the hearing, both parties stipulated to the contents and findings contained in Dr. Wisner's report (Tr. at 2). Both parties waived the fourteen-day objection period to this Report and Recommendation (Tr. at 3). Accordingly, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
November 16, 2010