IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00027-03-CR-W-ODS |
| WOODROW McCOY, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

On September 12, 2010, counsel for Defendant made a motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. John H. Wisner, M.D. It is the opinion of Dr. Wisner that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on November 9, 2010, Defendant and the government stipulated to the report of Dr. Wisner.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between September 12, 2010, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is placed on the joint accelerated criminal jury trial docket commencing January 10, 2011.

                                                 */s/ Ortrie D. Smith*  
                                                 ORTRIE D. SMITH  
                                                 United States District Judge

Kansas City, Missouri
November _17__, 2010